THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEROME KEE,<br><br>            Plaintiff,<br><br>     v.<br><br>CAMDEN COUNTY, et al.,<br><br>            Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil Action<br>No. 04-842 (JBS)<br><br>**ORDER** |

This matter having come before the Court upon the motion for summary judgment filed by Defendants County of Camden, the Camden County Prosecutor's Office, former Camden County Prosecutor Lee Solomon, former Assistant County Prosecutor Leslie Dicker, and former Chief of Investigations Thomas Hughes-Eddinger [Docket Item No. 21]; and the Court having considered the parties' submission in support thereof [Docket Item Nos. 21-5, 23] and opposition thereto [Docket Item No. 22] as well as the supplemental submissions made by the parties [Docket Item Nos. 31, 32]; and the Court having heard oral argument on the motion on January 16, 2007; and for the reasons expressed in the Opinion of today's date; and for good cause shown;

**IT IS** this   **30th**   day of **March, 2007** hereby

**ORDERED** that the motion of Defendants County of Camden, the Camden County Prosecutor's Office, Solomon, Dicker, and Hughes-Eddinger for summary judgment [Docket Item No. 21] shall be, and hereby is, **GRANTED** and all claims against Defendants County of

30

Camden, the Camden County Prosecutor's Office, Solomon, Dicker, and Hughes-Eddinger shall be, and hereby are **DISMISSED**.

                                        **s/ Jerome B. Simandle**
                                        JEROME B. SIMANDLE
                                        United States District Judge